AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ALEJANDRO GONZALES

*Plaintiff(s)*

v.   Civil Action No. 9:22-cv-81681-WPD

PARAMOUNT RECOVERY SYSTEMS, L.P.

*Defendant(s)*

**SERVED**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PARAMOUNT RECOVERY SYSTEMS, L.P.
c/o REGISTERED AGENT
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**



Angela E. Noble
Clerk of Court

Date: Oct 31, 2022

s/ A. Alonso
Deputy Clerk
U.S. District Courts

# VERIFIED RETURN OF SERVICE

Job # T224463

### Client Info:

Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

### Case Info:

**PLAINTIFF:**
ALEJANDRO GONZALES
 -versus-
**DEFENDANT:**
PARAMOUNT RECOVERY SYSTEMS, L.P.

UNITED STATES DISTRICT COURT
Court Division: SOUTHERN DISTRICT

Court Case # **9:22-cv-81681-WPD**

### Service Info:

**Received by BRENNAN FOGARTY: on November, 4th 2022** at **10:18 AM**
**Service:** I Served **PARAMOUNT RECOVERY SYSTEMS, L.P. c/o REGISTERED AGENT CORPORATION SERVICE COMPANY**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT**
by leaving with **Latrice Young, AUTHORIZED TO ACCEPT FOR R.A. COMPANY**

At Business **1201 HAYS STREEET TALLAHASSEE, FL 32301**
On **11/4/2022** at **01:30 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I **BRENNAN FOGARTY** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**BRENNAN FOGARTY**
Lic # **230**

**ACCURATE SERVE OF PLANTATION**
151 N NOB HILL ROAD, SUITE #254
Plantation, FL 33324

Client # ALEJANDRO GONZALES
Job # T224463

