UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-cv-81681-WPD

ALEJANDRO GONZALES,

    Plaintiff,

vs.

PARAMOUNT RECOVERY SYSTEMS, L.P.,

    Defendant.

_____/

**ORDER ON NOTICE OF SETTLEMENT;
RESETTING CALENDAR CALL AND TRIAL**

THIS CAUSE is before the Court on the Notice of Settlement [DE 17], filed herein on November 16, 2023.  The parties request sixty days to file the appropriate dismissal papers. *See id.*  In light of the settlement, the Court will continue the January 5, 2024 calendar call and the January 8, 2024 trial to provide the parties time to file appropriate dismissal papers.[1]

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file the appropriate dismissal papers on or before **January 16, 2024**.

2. Calendar call is **RESET** for Friday, January 26, 2024 at 10:00 a.m.

3. The trial is **RESET** to commence on Monday, January 29, 2024.

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).

2

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of November, 2023.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record